**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SANDRA AVILES,

               Plaintiff,                        22 **CIVIL** 3056 (JLC)

    -v-                                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 11, 2023, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings to include an opportunity for a new hearing and for a new decision.

**Dated:**  New York, New York
         January 11, 2023

                                                   **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                    **BY:**              *K. Mango*

                                                          **Deputy Clerk**